# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JAVONPE' D WINBUSH #777624,<br>Plaintiff | CIVIL DOCKET NO. 5:24-CV-00686 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JUDY LOFTON,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 5), and after a de novo review of the record, including the Objection filed by Petitioner (Record Document 8), having determined that the findings and recommendation are correct under the applicable law:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Record Document 1) is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of September, 2024.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**